**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br><br>Hattie M Schaffer<br><br>    Debtor<br><br>Servis One, Inc. dba BSI Financial Services<br><br>    Creditor/Movant<br><br>v.<br><br>Hattie M Schaffer<br><br>    Respondent | CHAPTER 13<br><br>CASE NO.: 23-13448-pmm<br><br>HEARING DATE: April 9, 2024<br><br>TIME: 1:00 PM |

**OBJECTION OF**
**TO THE CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**

Servis One, Inc. dba BSI Financial Services hereby objects to the confirmation of the Debtor's Chapter 13 Plan for the following reasons:

1. Servis One, Inc. dba BSI Financial Services is a secured creditor of the debtor, Hattie M Schaffer (the "Debtor") with respect to real property commonly known as 4924 Reach Street, Philadelphia, PA 19120 (the "Property").

2. The Debtor is in default under the subject Note and Mortgage by having failed to make the payment due on May 1, 2023.

3. As of the date of the Petition, Debtor's arrears due to the objecting creditor were approximately $9,578.91, which sum will be more particularly set forth in a Proof of Claim that will be filed prior to the claim deadline. This amount represents monthly payments, pre-petition late charges, advances for taxes/insurance, foreclosure costs and attorney's fees incurred with respect to the default.

4. The Debtor's plan as proposed understates the pre-petition arrears owed to Servis One, Inc. dba BSI Financial Services as being only $8,000.00, as outlined in Part 4 (b).

5. As a result of the foregoing, the Debtor's Chapter 13 Plan is not confirmable as the Plan fails to provide for the full claim of Servis One, Inc. dba BSI Financial Services. As such, Servis One, Inc. dba BSI Financial Services objects to the confirmation of the Debtor's Chapter 13 Plan.

For the foregoing reasons, Servis One, Inc. dba BSI Financial Services respectfully suggests that the Debtor's Chapter 13 Plan should not be confirmed until or unless Debtor agrees to repay the arrears due Service One, Inc., dba BSI Financial Services in full.

Respectfully submitted,
**HILL WALLACK LLP**
*Attorneys for Servis One, Inc. dba BSI Financial Services*

By:/s/ Angela C. Pattison

Dated: January 11, 2023

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br><br>Hattie M Schaffer<br><br>　　　　Debtor<br><br>Servis One, Inc. dba BSI Financial Services<br><br>　　　　Creditor/Movant<br>v.<br><br>Hattie M Schaffer<br><br>　　　　Respondent | CHAPTER 13<br><br>CASE NO.: 23-13448-pmm<br><br>HEARING DATE: April 9, 2024<br><br>TIME: 1:00 PM |

**ORDER**

**AND NOW,** this _____ day of _____, upon consideration of the Debtor's Chapter 13 Plan, and the objection of  and after hearing, it is hereby:

**ORDERED** that confirmation of the Debtor's Chapter 13 Plan is denied.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>Hattie M Schaffer<br><br>        Debtor<br><br>Servis One, Inc. dba BSI Financial Services<br><br>        Creditor/Movant<br>v.<br><br>Hattie M Schaffer<br><br>        Respondent | CHAPTER 13<br><br>CASE NO.: 23-13448-pmm<br><br>HEARING DATE: April 9, 2024<br><br>TIME: 1:00 PM |

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I served or caused to be served the above-captioned pleading, Objection to Confirmation of the Debtor's Chapter 13 Plan, on the parties below on January 11, 2024.

**Hattie M Schaffer**
6555 N. 17th Street
Philadelphia, PA 19126
***Debtor***
**Via Regular Mail**

**Brad J. Sadek**
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
***Debtor's Attorney***
**Via ECF**

**Kenneth E. West**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
***Trustee***
**Via ECF**

**U.S. Trustee**

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
**Via ECF**

Respectfully submitted,

/s/Angela C. Pattison
Angela C. Pattison, Esq.