**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| IN RE: | CHAPTER 13 |
|---|---|
| **Hattie M Schaffer**<br>Debtor | CASE NO.: 23-13448-pmm<br><br>HEARING DATE: April 24, 2024<br>TIME: 1:00pm<br>LOCATION: Courtroom #1 |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Servis One, Inc. dba BSI Financial Services ("Movant") has filed a Motion for relief from the automatic stay provisions of 11 U.S.C. § 362(a) and for relief from the co-debtor stay provision of 11 U.S.C. § 1301 with respect to real Mortgaged Premises located at 5924 Reach Street, Philadelphia, PA 19120.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.     If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before April 17, 2024, you or your attorney must do **all** of the following:

    (a)    file an answer explaining your position at:
            U.S. Bankruptcy Court
            Eastern District of Pennsylvania
            The Gateway Building
            201 Penn Street, 4th Floor
            Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the Movant's Attorney:
        Hill Wallack, LLP
        1415 Route 70 East, Suite 309
        Cherry Hill, NJ 08034
        856-616-8086
        Fax: 856-616-8081

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Judge Patricia M. Mayer on April 24, 2024 at 1:00 pm, in Robert N.C. Nix Federal Courthouse, 900 Market Street, Courtroom #1, Philadelphia, PA 19107.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4.  If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at (610) 208-5030 to find out whether the hearing has been canceled because no one filed an answer.

                *By: /s/ Angela C. Pattison*
                Angela C. Pattison, Esq.,
                Attorney ID 307611
                Hill Wallack, LLP
                1415 Route 70 East, Suite 309
                Cherry Hill, NJ 08034
                Telephone 856-616-8086
                Facsimile 856-616-8081
                Email: apattison@hillwallack.com