### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE: <br><br>**Hattie M Schaffer** <br>  Debtor | CHAPTER 13 <br><br> CASE NO.: 23-13448-pmm |

### CERTIFICATION OF DEFAULT

NOW COMES the Movant, Servis One, Inc. dba BSI Financial Services ("Movant"), by and through its attorneys, Hill Wallack LLP, who file this Certification of Default upon the following:

1. A Motion for Relief from Stay was filed by Movant on March 27, 2024, at Document No. 19.

2. Debtor thereafter filed a response to the Motion for Relief from Stay on April 8, 2024 at Document No. 23.

3. On or about April 22, 2024, the Debtor and Movant entered into a certain Stipulation in Settlement of the Motion for Relief from Stay wherein the Debtor agreed to remain current on all regular post-petition monthly mortgage payments commencing with the May 1, 2024, payment. A true and correct copy of the Stipulation is attached hereto and made a part hereof as Exhibit "A."

4. On or about April 23, 2024, the Court entered an Order approving the Stipulation at Document No. 27.

5. The Stipulation provided that should the monthly payments not be remitted on the date due, Movant shall send Debtor and Debtor's counsel a written Notice of Default of the Stipulation.  If the default is not cured within fifteen (15) days of the date of the Notice, counsel shall file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay and Co-Debtor Stay, waiving FED. R. Bankr. P.

    3002.1 and waiving Rule 4001 (a)(3) (now Rule 4001 (a)(4)) so that the Relief Order is immediately effective and enforceable. *See* Stipulation at ¶ 6.

6. The Debtor failed to make the payments required under the Stipulation beginning with the payment due on September 1, 2025.

7. A Notice of Default was sent to Debtor and their counsel on November 5, 2025. A true and correct copy of letter dated November 5, 2025, is attached hereto as Exhibit "B."

8. As of February 17, 2026, the Debtor has failed to bring said post-petition arrears current such that the Debtor remains in default under the Stipulation. More specifically, Debtor's account is past due for the payments due from October 1, 2025, through February 1, 2026 in the amount of $5,891.48 less suspense in the amount of $969.59, for a total of $4,921.89. A true and correct copy of the post-petition ledger is attached hereto as Exhibit "C".

9. As such, Movant respectfully requests that the attached Order in connection with the Motion for Relief from Stay be entered.

                                                Hill Wallack LLP

                                                *By:  /s/ Aleksandra K. Fugate*
                                                Aleksandra K. Fugate, Esquire
                                                Hill Wallack LLP
                                                261 Madison Avenue, 9th Floor, Suite 940
                                                New York, NY 10016
                                                929-295-7874
                                                Email: afugate@hillwallack.com