# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| | |
|---|---|
| **IN RE:** | CHAPTER 13 |
| Hattie M Schaffer | CASE NO.: 23-13448-pmm |
| Debtor | |

### ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW**, this ___23rd___ day of ___April___, **2024**, it is hereby **ORDERED** that the corresponding

Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**BY THE COURT:**

_____
**PATRICIA M. MAYER**
**US BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Hattie M Schaffer | CASE NO.: 23-13448-pmm |
| Debtor | |

**STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF FROM THE
AUTOMATIC STAY**

It is hereby stipulated by and between Hill Wallack, LLP, counsel for **Servis One, Inc.
dba BSI Financial Services ("Movant")**, and Brad J. Sadek, Esquire, counsel for the Debtor, as
follows:

1.    The Automatic Stay as provided by **Sections 362** and **1301** of the Bankruptcy Code
shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2.    The Stipulation pertains to the property located at **5924 Reach Street, Philadelphia,
PA 19120** (the **"Property"**).

3.    The Debtor currently has a post-petition arrearage of **$4,568.99** representing the
monthly payments due on the First Mortgage from **February 1, 2024** through **April 1, 2024** (3
months @ $1,111.33/mo.) minus **$14.00** in suspense and Attorney's Fees and Cost in the amount
of $**1,050.00** plus **$199.00**.

4.    Debtor is to file an Amended Chapter 13 Plan within **thirty (30)** days of this Order
incorporating the post-petition arrears in the amount of **$4,568.99** to the pre-petition arrears in
the amount of **$9,738.06** per the **Proof of Claim # 16-1** filed **January 23, 2024** for a total of
**$14,307.05** to be cured over the life of the Plan.

5.      Beginning **May 1, 2024**, Debtor shall commence payment of the regular monthly payment in the amount of **$1,111.33**, subject to adjustment on proper notice.

6.      Should the Debtor fail to make any of the Post-Petition Monthly Payments due or file the amended Plan than Movant shall send Debtor and counsel a written Notice of Default of this Stipulation.  If the default is not cured within **fifteen (15)** days of the date of the Notice, counsel shall file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay and Co-Debtor Stay waiving **FED. R. Bankr. P. 3002.1** and waiving **Rule 4001 (a)(3)** so that the Relief Order is immediately effective and enforceable.

7.      In the event the Debtor converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within **ten (10)** days from the date of conversion in order to bring the loan contractually current.  Should the Debtor fail to bring the loan contractually current, Movant shall send Debtor and counsel a written Notice of Default of this Stipulation.  If the default is not cured within ten **(10) days** of the date of the Notice, counsel shall file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay and Co-Debtor Stay waiving **FED. R. Bankr. P. 3002.1** and waiving **Rule 4001 (a)(3)** so that the Relief Order is immediately effective and enforceable.

8.      Debtor's tendering of a check to Movant, which is subsequently returned due to insufficient funds in the account upon which the check is drawn, shall not constitute payment as the term is used in this Stipulation.

9.      The parties stipulate that Movant shall be permitted to communicate with the Debtor and Debtor's Counsel to the extent necessary to comply with applicable non-bankruptcy law.

10.   The parties agree that a facsimile signature shall be considered an original signature.


<u>/s/Angela C. Pattison</u>
Angela C. Pattison, Esquire
Counsel for Movant

<u>/s/Brad J. Sadek</u>
Brad J. Sadek, Esquire
Counsel for Debtor


NO OBJECTION – WITHOUT PREJUDICE TO ANY TRUSTEE
RIGHTS OR REMEDIES

<u>/s/Jack Miller</u>
Jack Miller, Esq.
for Kenneth E. West,
Chapter 13 Trustee

# EXHIBIT B



261 Madison Avenue
9th Floor, Suite 940-941
New York, NY 10016
main 929.469.2700

Aleksandra K. Fugate, Esquire
Email: afugate@hillwallack.com

November 5, 2025

*Via First-Class Mail*
**Brad J. Sadek**
**Sadek Law Offices, LLC**
**1500 JFK Boulevard**
**Ste 220**
**Philadelphia, PA 19102**

*Re:*    *Hattie M Schaffer*
         *Eastern District (Philadelphia) 23-13448-pmm*

Dear Sir/Madam:

Please be advised that the Debtor is in default of the terms of the Stipulation with our client Servis One, Inc. dba BSI Financial

Services approved on April 23, 2024. As of October 2, 2025, the following payments are due and owing:

| | |
|---|---|
| Regular Payment: 09/01/2025 to 11/01/2025 (3) @ $1,139.77 | $3,419.31 |
| Suspense | (-$968.69) |
| Total Due………………………………..…………………………………………… | $2,450.62 |

If the payment default is not cured within fifteen (15) days from the date of this notice, a Certificate of Default requesting the

entry of an Order granting Relief from the Automatic Stay and Co-Debtor Stay.

Very truly yours,

*/s/ Aleksandra K. Fugate*
Aleksandra K. Fugate

AF:LD

cc:    *Hattie M Schaffer*
       *6555 N. 17th Street*
       *Philadelphia, PA 19126*

       *Estate of Nadirah R Brunson*
       *6555 N. 17th Street*
       *Philadelphia, PA 19126*

***THIS FIRM IS A DEBT COLLECTOR, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOUR PERSONAL LIABILITY FOR THE DEBT HAS BEEN DISCHARGED IN BANKRUPTCY, WE ARE ONLY PROCEEDING AGAINST THE REAL ESTATE SECURED BY THE MORTGAGE.***

# EXHIBIT C

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| 5/1/2024 | 5/8/2024 | $ 1,111.33 | $ 1,111.33 | $ - | $ - |
| 6/1/2024 | 6/28/2024 | $ 1,111.33 | $ 1,111.33 | $ - | $ - |
| 7/1/2024 | 7/17/2024 | $ 1,111.33 | $ 1,111.33 | $ - | $ - |
| 8/1/2024 | 8/15/2024 | $ 1,111.33 | $ 1,111.33 | $ - | $ - |
| 9/1/2024 | 9/24/2024 | $ 1,125.33 | $ 1,111.33 | 14.00 | $ 14.00 |
| 10/1/2024 | 10/23/2024 | $ 1,125.33 | $ 1,111.33 | 14.00 | $ 28.00 |
| 11/1/2024 | 12/2/2024 | $ 1,111.33 | $ 1,111.33 | $ - | $ 28.00 |
| | 12/27/2024 | $ 1,111.33 | | $ 1,111.33 | $ 1,139.33 |
| 12/1/2024 | 1/29/2025 | $ 1,111.33 | $ 1,139.77 | (28.44) | $ 1,110.89 |
| 1/1/2025 | 2/14/2025 | $ 1,111.33 | $ 1,139.77 | (28.44) | $ 1,082.45 |
| 2/1/2025 | 3/31/2025 | $ 1,111.33 | $ 1,139.77 | (28.44) | $ 1,054.01 |
| 3/1/2025 | 4/30/2025 | $ 1,111.33 | $ 1,139.77 | (28.44) | $ 1,025.57 |
| 4/1/2025 | 6/20/2025 | $ 2,222.66 | $ 1,139.77 | 1,082.89 | $ 2,108.46 |
| 5/1/2025 | | | $ 1,139.77 | (1,139.77) | $ 968.69 |
| 6/1/2025 | 9/12/2025 | $2,279.54 | $ 1,139.77 | 1,139.77 | $ 2,108.46 |
| 7/1/2025 | | | $ 1,139.77 | (1,139.77) | $ 968.69 |
| 8/1/2025 | 10/24/2025 | $1,139.77 | $ 1,139.77 | $ - | $ 968.69 |
| 9/1/2025 | 1/15/2026 | $1,139.77 | $ 1,139.77 | $ - | $ 968.69 |
| 10/1/2025 | | | $ 1,139.77 | (1,139.77) | $ (171.08) |
| 11/1/2025 | | | $ 1,139.77 | (1,139.77) | $ (1,310.85) |
| 12/1/2025 | | | $ 1,203.68 | (1,203.68) | $ (2,514.53) |
| 1/1/2026 | | | $ 1,203.68 | (1,203.68) | $ (3,718.21) |
| 2/1/2026 | | | $ 1,203.68 | (1,203.68) | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| | | | | $ - | $ (4,921.89) |
| 22 | 16 | $ 20,145.70 | $ 25,067.59 | $ (4,921.89) | $ (9,843.78) |

| Loan Number | xxxx |
|---|---|
| Debtor | Schaffer |
| BK filed date | 11/14/2023 |
| BK Case # | 23-13448 |
| Loan Acquired | |
| Post Next Due | 10/1/2025 |
| Suspense | $ 968.69 |

| Due Date | | # Months | Total Due |
|---|---|---|---|
| | | | $ - |
| 10/1/25 - 11/1/25 | $1,139.77 | 2 | 2,279.54 |
| 12/1/25 - 2/1/26 | $1,203.98 | 3 | 3,611.94 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | Subtotal | | $ 5,891.48 |
| | Less Unapplied | | $ 969.59 |
| | Total to bring current | | $ 4,921.89 |

$ 5,891.48
$ (4,921.89)
$ 969.59   unapplied