**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Hattie M Schaffer** | CASE NO.: 23-13448-pmm |
| Debtor | |

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I served or caused to be served the above-captioned pleading, Certification of Default, on the parties below via First-Class Mail and Electronic Notification on the date February 18, 2026:

**Hattie M Schaffer**
6555 N. 17th Street
Philadelphia, PA 19126
**Debtor**
**Via Regular Mail**

**Estate of Nadirah R Brunson**
6555 N. 17th Street
Philadelphia, PA 19126
**Co-Debtor**
**Via Regular Mail**

**Brad J. Sadek**
**Sadek Law Offices, LLC**
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
**Counsel for Debtor**
**Via ECF**

**Kenneth E. West**
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
**Chapter 13 Trustee**
**Via ECF**

**United States Trustee**
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
**U.S. Trustee**
**Via ECF**

By:  /s/ Aleksandra K. Fugate
Aleksandra K. Fugate, Esquire
Hill Wallack LLP
261 Madison Avenue, 9th Floor, Suite 940
New York, NY 10016
929-295-7874
Email: afugate@hillwallack.com